**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6825**

DEAN RENE PETERS,

        Plaintiff - Appellant,

    v.

RENE HERNANDEZ; MICHAEL HANKINS; DARIEN GREEN; ANDREW STEFFEN; JAMES EDWARD ROGERS; THOMAS PADGETT; JILLIAN NICOLE PACEY; TAB JENKINS; DEMETRIUS J. TRAHAN, Assistant Warden; SHAUN MICHAEL GOOLER,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-ct-03195-BO-RJ)

Submitted:  February 19, 2026          Decided:  February 24, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Dean Rene Peters, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dean Rene Peters seeks to appeal the district court's order granting the motion to dismiss filed by several Defendants in Peters's 42 U.S.C. § 1983 action and ruling on various other motions filed by Peters. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Peters seeks to appeal is neither a final order given that Peters's civil action is still pending and litigation on his remaining claims is ongoing, nor is the order an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*